1                                                              JS6
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11 Microsoft Corporation,        )  Case No. **CV 08-3754-JFW (MANx)**
                                 )
12              Plaintiff,       )  **ORDER DISMISSING CIVIL ACTION**
                                 )
13      v.                       )
                                 )
14 Sean Mayoral, et al.,         )
                                 )
15              Defendants.      )
   _____       )
16
17
18      THE COURT has been advised by counsel that this action
19 has been settled, or is in the process of being settled.
20      IT IS THEREFORE ORDERED that this action is hereby
21 dismissed without prejudice to the right, upon good cause
22 shown within 45 days, to re-open the action if settlement is
23 not consummated.  During this 45 day period, this Court
24 retains full jurisdiction over this action and this Order
25 shall not prejudice any party to this action.
26 / / /
27 / / /
28

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 45 days, the dismissal of this action will be with prejudice.

Dated: September 5, 2008

　　　　　　　　　　　　　　　　/s/ John F. Walter
　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　United States District Judge

(Rev. 2/15/08)　　　　　　　　2