Audra M. Mori, Bar No. 162850
Katherine M. Dugdale, Bar No. 168014
Jennifer N. Chiarelli, Bar No. 212253
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone:  310.788.9900
Facsimile:  310.788.3399
AMori@perkinscoie.com; KDugdale@perkinscoie.com
JChiarelli@perkinscoie.com

JS-6

Attorneys for Plaintiff MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEAN MAYORAL, an individual d/b/a TIGER TECH; and SEAN MAYORAL, an individual,<br><br>　　　　　　Defendants. | Case No. CV 08-3754-JFW (MANx)<br><br>**ORDER RE STIPULATED PERMANENT INJUNCTION**<br><br>*Stipulated Permanent Injunction filed concurrently herewith* |

　　　　Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS ORDERED that Defendant Sean Mayoral, an individual doing business as Tiger Tech, and Sean Mayoral, an individual ("Defendant"), along with his agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with him, shall be and hereby is **PERMANENTLY ENJOINED** and restrained from:

　　　　(a)　　imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificate of Authenticity ("COAs") or items protected by Microsoft's

registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

    (1)    1,200,236 ("MICROSOFT");

    (2)    1,256,083 ("MICROSOFT");

    (3)    1,475,795 ("POWERPOINT");

    (4)    1,741,086 ("MICROSOFT ACCESS");

    (5)    2,188,125 ("OUTLOOK");

    (6)    2,999,281 (COLOR FOUR SQUARE LOGO);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Numbers:

    (1)    TX 5-837-617 ("Office Professional Edition 2003");

    (2)    TX 5-837-636 ("Office Excel 2003");

    (3)    TX 5-900-087 ("Office Outlook 2003");

    (4)    TX 5-852-649 ("Office PowerPoint 2003");

    (5)    TX 5-837-618 ("Publisher 2003");

    (6)    TX 5-900-088 ("Office Word 2003");

    (7)    TX 5-877-513 ("Business Contact Manager for Office Outlook 2003");

    (8)    TX 5-901-713 ("Office Access 2003");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

    (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

1   (c) using any simulation, reproduction, counterfeit, copy, or colorable
2   imitation of Microsoft's registered trademarks or service mark including, but not
3   limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a)
4   above, in connection with the manufacture, distribution, offering for distribution,
5   sale, offering for sale, advertisement, promotion, or display of any software,
6   component, EULA, COA, item or thing not authorized or licensed by Microsoft;
7   (d) using any false designation of origin or false description which can or
8   is likely to lead the trade or public or individuals erroneously to believe that any
9   software, component, EULA, COA, item, or thing has been manufactured,
10  produced, distributed, offered for distribution, advertised, promoted, displayed,
11  licensed, sponsored, approved, or authorized by or for Microsoft, when such is not
12  true in fact;
13  (e) using the names, logos, or other variations thereof any of Microsoft's
14  copyright and/or trademark-protected software programs in any of Defendant's trade
15  or corporate names;
16  (f) engaging in any other activity constituting an infringement of any of
17  Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in,
18  or right to use or to exploit these trademarks, service mark, and/or copyrights, or
19  constituting any dilution of Microsoft's name, reputation, or goodwill; and
20  (g) assisting, aiding, or abetting any other person or business entity in
21  engaging in or performing any of the activities referred to in paragraphs (a) through
22  (f) above.
23  IT IS SO ORDERED.
24
25  DATED: December 4, 2008                    _____
26                                              HONORABLE JOHN F. WALTER
27                                              United States District Judge
28